

# United States District Court
# Eastern District of California

CHRISTOPHER BROWNE, individually and on behalf of behalf of all others similarly situated,

Plaintiff(s)

Case Number: 2:24-cv-02359-CKD

V.

WELLS FARGO BANK, NATIONAL ASSOCIATION,

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Andrew D. Atkins hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION

On August 24, 2012 (date), I was admitted to practice and presently in good standing in the

Supreme Court of North Carolina (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: November 8, 2024          Signature of Applicant: /s/ Andrew D. Atkins

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrew D. Atkins |
| Law Firm Name: | Troutman Pepper Hamilton Sanders LLP |
| Address: | 301 S. College Street, 34th Floor |
| | |
| City: | Charlotte  State: NC  Zip: 28202 |
| Phone Number w/Area Code: | (704) 998-4050 |
| City and State of Residence: | Charlotte, North Carolina |
| Primary E-mail Address: | andrew.atkins@troutman.com |
| Secondary E-mail Address: | andrew.atkins@troutman.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kalama M. Lui-Kwan |
| Law Firm Name: | Troutman Pepper Hamilton Sanders LLP |
| Address: | Three Embarcadero Center, Suite 800 |
| | |
| City: | San Francisco  State: CA  Zip: 94111 |
| Phone Number w/Area Code: | (415) 477-5700  Bar # 242121 |

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  November 12, 2024

_____
JUDGE, U.S. DISTRICT COURT
Carolyn K. Delaney, U.S. Magistrate Judge

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 24, 2012, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Andrew David Atkins

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this September 5, 2023.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina